IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMESH KANDA,

        Plaintiff,                        No. CIV S-06-1422 LKK KJM P

    vs.

LINDA MELCHING-RIANDA, et al.,

        Defendants.                FINDINGS AND RECOMMENDATIONS

                                    /

        Plaintiff is proceeding pro se in this civil rights action under 42 U.S.C. § 1983. As required by 28 U.S.C. §1915A(a), the court screened the complaint and found that some of plaintiff's allegations stated a claim, while others did not. It directed plaintiff to file an amended complaint curing the deficiencies identified or to notify the court that he wished to proceed on those claims found to be adequate under the civil rights act. Plaintiff was warned that failure to respond would result in a recommendation that the action be dismissed. Plaintiff has not responded within the time set for a response.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1 days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).
6 DATED: April 13, 2007.

_____
U.S. MAGISTRATE JUDGE

2
kand1422.56